UNITED STATES of America,
Plaintiff–Appellee,

v.

Lascelles Christopher SOMIE,
Defendant–Appellant.

No. 12–6114.

United States Court of Appeals,
Fourth Circuit.

Submitted May 31, 2012.

Decided June 6, 2012.

Lascelles Christopher Somie, Appellant Pro Se. Jonathan Holland Hambrick, Jamie L. Mickelson, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lascelles Christopher Somie appeals the district court's order denying relief on his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Somie,* No. 3:06–cr–00037–JAG–1 (E.D.Va. Jan. 3, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*